JOSEPH LEWIS, a Taxpayer of the City of New York, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.